UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILSHIRE INSURANCE COMPANY,<br><br>        Plaintiff,<br>v.<br><br>CENTERTON HOSPITALITY GROUP, LLC dba CENTERTON COUNTRY CLUB & EVENT CENTER and TEN22 BAR & GRILL, DAVID KENELIA, ROBERT FORD and HOWARD LEE BYERS,<br><br>        Defendants. | CIVIL ACTION NO.<br>1:18-cv-277 NLH/KMW |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and among the Plaintiff, Wilshire Insurance Company ("Wilshire") and appearing Defendants, David Kenelia ("Kenelia") and Robert Ford ("Ford") that Plaintiff's claims be dismissed with prejudice with each party to bear its own costs.

Respectfully submitted,

COZEN O'CONNOR

By: Laura B. Dowgin, Esq.
45 Broadway Atrium, Suite 1600
New York, NY 10006
(212) 453-3775
ldowgin@cozen.com

*Attorneys for Plaintiff
Wilshire Insurance Company*

CHANCE & McCANN, LLC

By: Shanna McCann, Esq.
201 W. Commerce Street
P.O. Box 278
Bridgeton, NJ 08302
(856) 451-9100
shannamccann@chancemccann.com

*Attorneys for Defendant
David Kenelia*

LIPMAN ANTONELLI BATT GILSON
ROTHMAN & CAPASSO

By: Gerald J. Batt, Esq.
P.O. Box 729
Vineland, NJ 08362
(856) 692-8000
gbatt@lipmanlaw.org

*Attorneys for Defendant
Robert Ford*